FILED
June 22, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORIO ONTIVEROS VERDUGO,

    Defendant.

Case No. 2:23-mj-00092-CKD-2

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>GREGORIO ONTIVEROS VERDUGO</u> Case No. <u>2:23-mj-00092-CKD-2</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

|   |   |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ _____ |
| x | Unsecured Appearance Bond $ _____ — $200,000.00 unsecured bond by defendant's wife, Patricia Ontiveros, in the interim |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| x | (Other): <u>Terms as stated in court and release forthwith today, 6/22/2023, Defendant must report directly to the Pretrial Services office on 6/23/2023 at 10:00 AM, in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.</u> |

Issued at Sacramento, California at 2:30 PM.

Dated: June 22, 2023

_/s/ Deborah Barnes_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE