CANDICE L. FIELDS
CANDICE FIELDS LAW
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone:  (916) 414-8050
Facsimile:   (916) 790-9450

Attorneys for Defendant
GREGORIO ONTIVEROS VERDUGO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-162-JAM |
|---|---|
| Plaintiff, | **REQUEST FOR CONTINUANCE OF DEADLINE TO SUBMIT SECURED BOND** |
| v. | |
| GREGORIO ONTIVEROS VERDUGO, | |
| Defendant. | Court: Hon. Deborah Barnes |

On June 22, 2023, the Court ordered the defendant released from custody on a $200,000 unsecured bond in the interim until a $200,000.00 secured bond is received in place by July 7, 2023. Minutes, ECF No. 17.  At the June 22nd hearing, the Court invited defense counsel to request additional time, if needed.

Due to a typographical error just discovered on the title report, additional time is needed to make the correction prior to filing the secured bond with the Court. Therefore, defendant Ontiveros requests that the Court extend his deadline to file a $200,000 secured bond from July 7, 2023, to July 14, 2023.

Dated: July 6, 2023

                Respectfully submitted,

                /s/ Candice L. Fields
                Attorney for Defendant
                GREGORIO ONTIVEROS VERDUGO

1

# [PROPOSED] ORDER

Defendant Gregorio Ontiveros Verdugo's request for additional time to file a $200,000 secured bond is GRANTED. The deadline is extended from July 7, 2023, to July 14, 2023. In the interim, the $200,000 unsecured bond, executed by defendant's wife Patricia Ontiveros, shall remain in place.

IT IS SO ORDERED.

Dated: July 6, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE