CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
GREGORIO ONTIVEROS VERDUGO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>GREGORIO ONTIVEROS VERDUGO,<br><br>       Defendant. | CASE NO. 2:23-CR-162-JAM<br><br>**SECOND REQUEST FOR CONTINUANCE OF DEADLINE TO SUBMIT SECURED BOND**<br><br><br>Court: Hon. Deborah Barnes |

  On June 22, 2023, the Court ordered the defendant released from custody on a $200,000 unsecured bond in the interim until a $200,000.00 secured bond is received in place by July 7, 2023. Minutes, ECF No. 17. At the June 22nd hearing, the Court invited defense counsel to request additional time, if needed; the government indicated that there would be no objection to a continuance, if needed.

  Due to a typographical error discovered on the title report, the Court granted additional time to make the correction prior to filing the secured bond with the Court such that defendant's deadline to file a $200,000 secured bond was extended from July 7, 2023, to July 14, 2023. ECF No. 7.

  Counsel for defendant has received a digital copy of the Deed of Trust that shows it was recorded on July 7, 2023, with the San Joaquin County Recorder's Office for the purpose of securing $200,000.000 for an appearance bond in "*U.S.A v. Ontiveros Verdugo, 2:23-MJ-0092-CKD.*" Ex. A. After recording, document indicates that the original is to be mailed to the Clerk, US District Court at 501 I St., 4th Floor, Sacramento. *Id.* However, Mrs. Ontiveros believes she received an original and she

1

mailed it to the undersigned on July 7, 2023, for filing with the Clerk's Office. To-date, the Clerk's Office has not filed the Deed of Trust on the Docket; likewise, as of July 12, 2023, the undersigned has not received the Deed of Trust.

The undersigned will not be available to check mail on July 13 – 16, 2023. It is therefore requested that the Court grant additional time for the filing of an original Deed of Trust (and perhaps time to obtain another original), from July 14, 2023, to July 28, 2023.

Dated: July12, 2023

Respectfully submitted,

/s/ Candice L. Fields
Attorney for Defendant
GREGORIO ONTIVEROS VERDUGO

## **ORDER**

Defendant Gregorio Ontiveros Verdugo's second request for additional time to file a $200,000 secured bond is GRANTED. The deadline is extended from July 14, 2023, to July 28, 2023. In the interim, the $200,000 unsecured bond, executed by defendant's wife Patricia Ontiveros, shall remain in place.

IT IS SO ORDERED.

Dated: July 13, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2