Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
GREGORIO ONTIVEROS VERDUGO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CRS 23-CR-00162-DAD |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| GREGORIO ONTIVEROS VERDUGO Defendant | |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Adrian Kinsella, and Defense Counsel, Dina L. Santos; Counsel for Defendant, Gregorio Ontiveros Verdugo, that the condition 9 be deleted.  Condition 9 states:

"You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer".

Pretrial Services has recommended this amendment.

1

Dated:  May 20, 2026                                /s/   Dina L. Santos
                                                    DINA SANTOS, ESQ.
                                                    Attorney for Gregorio Ontiveros Verdugo


Dated:  May 20, 2026                                /s/ Adrian Kinsella
                                                    ADRIAN KINSELLA
                                                    Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED**:


DATE:  May 26, 2026

                                                    SEAN C. RIORDAN
                                                    UNITED STATES MAGISTRATE JUDGE

2